■ DONALD F. BARRY, Petitioner, v STATE DIVISION OF HUMAN RIGHTS et al., Respondents.—Order of the State Human Rights Appeal Board, dated November 29, 1979, unanimously confirmed, without costs and without disbursements. No opinion. Concur—Birns, J. P., Sullivan, Silverman, Lynch and Carro, JJ.

■ In the Matter of SHIRLEY REINAFE, Petitioner, v NEW YORK STATE HUMAN RIGHTS APPEAL BOARD et al., Respondents.—Order of the State Human Rights Appeal Board, dated September 26, 1979, unanimously confirmed, without costs and without disbursements. No opinion.—Kupferman, J. P., Fein, Sandler, Bloom and Yesawich, JJ.

■ NICOLINA SHELTON, Petitioner, v STATE DIVISION OF HUMAN RIGHTS et al., Respondents.—Order of the State Human Rights Appeal Board, dated December 27, 1979, unanimously confirmed. Respondent Don Travel Service, Inc., shall recover of petitioner $75 costs and disbursements of this proceeding. No opinion. Concur—Ross, J. P., Markewich, Bloom, Lynch and Carro, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSE VASQUEZ, Also Known as CHARLES MANCINO, Appellant.—Determination of appeal from judgment, Supreme Court, New York County, rendered on September 7, 1977, unanimously held in abeyance pending receipt and review of defendant's *pro se* brief and the return to this court of all materials forwarded to defendant in connection with the preparation of the supplemental brief. No opinion. Concur—Kupferman, J. P., Fein, Sandler, Bloom and Yesawich, JJ.

■ MOHAWK MAINTENANCE Co., INC., Respondent, v IRVING G. KESSLER et al., Appellants.—Motion, insofar as it seeks reargument, denied and insofar as it seeks leave to appeal to the Court of Appeals, granted and the following question certified: "Was the order of this court, which modified the order of the Supreme Court, properly made?" Concur—Murphy, P. J., Kupferman, Silverman, Bloom and Lynch, JJ. [69 AD2d 799.]